IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30716
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GLENN T. HAMPTON, II,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 91-CR-50100-1
- - - - - - - - - - -
December 1, 1998
Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Glenn Hampton appeals the district court's sentence of 24 months' imprisonment for violating the terms of his supervised release.  His arguments are unavailing because the district court was not obligated to follow the recommendations contained in U.S.S.G. § 7B1.4.  United States v. Escamilla, 70 F.3d 835, 835 (5th Cir. 1995), cert. denied, 517 U.S. 1127 (1996).  Moreover, any error which may have occurred does not rise to the level of

_____

    [1]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

plain error.  <u>United States v. Calverley</u>, 37 F.3d 160, 162-64

(5th Cir. 1994) (en banc).  The sentence is AFFIRMED.